**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JERMAINE S. EWING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05CV1766(HEA) |
| | ) |
| JAMES PURKETT, | ) |
| TOM VILLIMER, | ) |
| MIKE LUNDY, | ) |
| STEVE LONG, | ) |
| UNKNOWN LANE, | ) |
| UNKNOWN BIRCH, | ) |
| JOHN BAIN, | ) |
| UNKNOWN PANA, | ) |
| JOHN BRINKMAN, | ) |
| DOUGLAS MONTGOMERY, | ) |
| JAMIE CRUMP, | ) |
| UNKNOWN ELLIS, | ) |
| MR. UNKNOWN KENOYOR, | ) |
| MRS. UNKNOWN KENOYOR, | ) |
| JIM McDANIELS, | ) |
| DAVID BOYD, | ) |
| JOSEPH DOE, | ) |
| C.O.I SETTLES, | ) |
| C.O.I CINDY SLINKARD, and | ) |
| C.S.I JENNY LEWIS, | ) |
| | ) |
| Defendants. | ) |

**ORDER OF PARTIAL DISMISSAL**
**PURSUANT TO**
**28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's claims against defendants Purkett, Villimer, Lundy, Long, Lane, Birch, Bain, Brinkman, Montgomery, Crump, Mr. Unknown Kenoyor, McDaniels, and Joseph Doe are **DISMISSED**, without prejudice, pursuant to 28

U.S.C. § 1915(e)(2)(B).

Dated this 26th day of January, 2006.

_____
**UNITED STATES DISTRICT JUDGE**